FRANCES DEADY PLESSNER, Respondent, v. CLEMENT F. PLESSNER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, March 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALEXANDER POLIN, Appellant, v. SAM KAPLAN, as President, etc., Respondent. CHARLES SCHNEIDER, Appellant, v. SAM KAPLAN, as President, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied on the merits. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

THE PRUDENCE COMPANY, Respondent, v. DE BELLIS REALTY CORPORATION and Another, Appellants. BERTRAND ETTINGER, Receiver, Respondent.— Motion to vacate order dated May 9, 1930, denied. Present — Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO BASILE and ROSARIO NERI, Appellants.— Motion to extend time to perfect and argue appeal granted as to defendant Neri upon condition that said appellant perfect the appeal for the March term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CELE H. RUBIN, Also Known as C. H. RUBIN, Respondent, v. MARY AND CLARA ENGLAND CORPORATION and Others, Defendants, and ELIAS A. DEUTSCHMAN, Purchaser, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ROSE SCHWARTZ, Appellant, v. JAMES E. MARRIN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THOMAS J. SMITH, Respondent, v. RICHARD E. WELDON and GEORGE KENT WELDON, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

STANDARD LIME COMPANY, Respondent, v. DE BELLIS REALTY CORPORATION, Appellant. BERTRAND ETTINGER, Receiver, Respondent.— Motion to vacate order dated May 9, 1930, denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PAUL STARGICK, Respondent, v. EXCELLO SPRING AND MANUFACTURING CORPORATION and Others, Defendants, and CHARLES NYGARD and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

TOWN OF ISLIP, Respondent, v. F. E. SUMMERS COAL & LUMBER COMPANY, INC., Appellant, and Others, Defendants. In the Matter of the Application of F. E. SUMMERS COAL & LUMBER COMPANY, INC., Appellant, for a Peremptory Writ of Mandamus against WARREN C. HAFF, as Town Clerk of the Town of Islip in Suffolk County, New York, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

OSIAS WEISTHAL, Respondent, v. ARENA BUILDING CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay con-